UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff and Judgment Creditor, | * | |
| v. | * | Civil No. L-95-87 & 95-88 |
| Ray A. Lynch, | * | |
| Defendant and Judgment Debtor, | * | |
| and | * | |
| Ventiv Health<br>Vantage Court North<br>Attn: Payroll Department<br>200 Cottontale Lane<br>Somerset, NJ 08873 | * | |
| Garnishee. | * | |

INSTRUCTIONS TO DEBTOR
<u>CLERK'S NOTICE OF POST JUDGMENT GARNISHMENT</u>

You are hereby notified that this Writ of Continuing Garnishment of Wages is being taken by the United States of America (the "Government") which has a Court judgment in L-95-87 and 95-88, in U.S. District Court for the District of Maryland in the sum of $26,333.67, plus costs and applicable interest as determined by law.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if Ray A. Lynch can show that the exemptions apply. Attached is a summary of the major exemptions which apply in most situations in the State of Maryland.

If you are Ray A. Lynch, you have a right to ask the Court to return your property to you if you think you do not owe the money to the Government that it says you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

If you want a hearing, you must notify the Court within 20 days after receipt of the notice. Your request must be in writing.

If you wish, you may use this notice to request the hearing by checking the box below. You must either mail it or deliver it in person to the Clerk of the United States District Court at 4th Floor, Room 4415, Baltimore, Maryland, 21201. You must also send a copy of your request to Thomas F. Corcoran, Assistant United States Attorney at 4th Floor, 36 South Charles Street, Baltimore, Maryland 21201, so the Government will know you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. At the hearing you may explain to the judge why you think you do not owe the money to the Government.

If you think you live outside the federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the Court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at 4th Floor, Room 4228, Baltimore, Maryland, 21201. You must also send a copy of your request to Thomas F. Corcoran, Assistant U.S. Attorney, at 4th Floor, 36 South Charles Street, Baltimore, Maryland, 21201, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other

sources of information.

          FELICIA C. CANNON, CLERK
          UNITED STATES DISTRICT COURT


BY: _____
     Deputy Clerk

REQUEST FOR HEARING BEFORE A UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA v. RAY A. LYNCH

Case Number: L- 95-87 & 95-88

_____   I request a hearing before a United States Magistrate Judge.

_____   I request a hearing before a United States Magistrate Judge within 5 days.

_____   I claim an exemption. See the attached.

DATED: _____

_____
Ray A. Lynch
Defendant/Debtor

_____
Address

_____
Phone Number