UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,　　　*
　　　　　　　　　　　　　　　　*
　　Plaintiff and　　　　　　　　*
　　Judgment Creditor,　　　　　*
　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　v.　　　　　　　　　　　　　*　　Court No. L-95-87 & 95-88
　　　　　　　　　　　　　　　　*
Ray A. Lynch,　　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　Defendant and　　　　　　　*
　　Judgment Debtor,　　　　　　*
　　　　　　　　　　　　　　　　*
and　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
Ventiv Health　　　　　　　　　*
Vantage Court North　　　　　　*
Attn: Payroll Department　　　 *
200 Cottontale Lane　　　　　　*
Somerset, NJ 08873　　　　　　 *
　　　　　　　　　　　　　　　　*
　　Garnishee.　　　　　　　　　*

AUG 1 8 2008

CLERK U..
DISTRICT OF MARYLAND

### ANSWER OF THE GARNISHEE

_____ BEING DULY SWORN DEPOSES AND SAYS:
　(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____.

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That (he)/she is the _employee_ of Garnishee, _Inventiv Health_ a corporation, organized under the laws of the State of _NJ_.

On _Aug 12th_, 2008, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes    No

1. Judgment Debtor was in my/(our) employ.

2. Pay period is ___ weekly, _X_ bi-weekly ___ semi-monthly, ___ monthly.

   Enter date present pay period began. (Present means the pay period in which this order and notice of garnishment were served)

   Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay                $2115.39

   (b) Federal income tax       $137.76

   (c) F.I.C.A. income tax      $160.86

   (d) State income tax         $134.00

   Total of tax withholdings    $432.62

   Net Wages                    $1,682.77
   (a less total of b,c,d)

4. Have there been previous garnishments in effect.

If the answer is yes, describe below.

_No_

5.  The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

    Amount        Estimate date or

                Period Due

1. $_____   _____

2. $_____   _____

3. $_____   _____

4. $_____   _____

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

_____ [The Garnishee makes the following claim of exemption on the part of Judgment Debtor:]

_____ [Or has the following objections, defenses, or set-offs to Judgment Creditor's right to apply Garnishee's indebtedness to Judgment Debtor upon Judgment Creditor's claim:]

_____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Judgment Debtor, _____, and that the Garnishee did not have in his/her possession or control any property belonging to the Judgment Debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first class mail to (1) the Judgment

Debtor, Ray A. Lynch at 100 Beechridge Court, Chapel Hill, NC 27517, and (2) the attorney for the United States, Thomas F. Corcoran, Assistant U.S. Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

_____InVentiv Health_____
Garnishee

Subscribed and sworn to before me this

__14th__ day of __August__ 2008.

__Patricia M Wilczynski__
Notary Public    Notary Public, State of New Jersey
                 My Commission Expires
                 06-11-12

My Commission expires: _____